IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH DELGADO,** | 2:10-cv-02379-MCE KJN P |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **CDCR MEDICAL HEALTH CARE DEPARTMENT, et al. ,** | |
| Defendants. | |

Defendant's first request for an enlargement of time to file a responsive pleading in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that the request is granted. Defendant has until January 19, 2011, to file a responsive pleading.

DATED: December 20, 2010_____

/s/ Kendall J. Newman_____
U.S. MAGISTRATE JUDGE