UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DELGADO,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR MEDICAL HEALTH CARE DEPT., et al.,<br><br>        Defendants. | Case No.  10-cv-02379 MCE KJN P<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>Magistrate Judge:   Hon. Kendall J. Newman |

    Defendant, JAMES WEDELL, having filed a Request for court approval of substitution of attorneys, seeks to substitute Megan O'Carroll, of the Office of the Attorney General for the State of California, with Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, as his attorney of record.  Defendant's request (Dkt. No. 27) conforms to the requirements of Local Rule 182(g).

    Accordingly, for good cause shown, IT IS HEREBY ORDERED that, hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant JAMES WEDELL in this action.

    IT IS SO ORDERED.

    DATED:  April 20, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4817-1131-9817 v1

- 1 -

10-CV-02379-MCE-KJN